FILED

DEC 15 2006

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | Administrative Order 95 |
| SENIOR JUDGE JAMES L. FOREMAN | ) | |
| CASE ASSIGNMENTS. | ) | |

## ORDER

The impending retirement of Senior District Judge James L. Foreman requires the reassignment of his docket. The Clerk of the Court is ordered to randomly reassign the civil and criminal cases of Judge Foreman to Chief Judge Murphy, Judge J. Phil Gilbert, Judge David R. Herndon, and Judge William D. Stiehl.

This Order is entered this 15th day of December, 2006.

HONORABLE G. PATRICK MURPHY
Chief United States District Judge