IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JOHN K. McCUAN,**

    **Defendant.**     **Case No. 04-cr-40049-DRH**

### ORDER

**HERNDON, District Judge:**

    Before the Court is Defendant's Motion for Leave to Grant Extension to File Notice of Appeal (Doc. 74). In an endeavor to allow Defendant to file a meaningful status report with the Seventh Circuit by August 20, 2007, advising of the district court proceedings, the Court hereby **ORDERS** the Government to submit its Response to said Motion, if at all, by **Monday, August 6, 2007**. Defendant shall file his Reply, if at all, by **Wednesday, August 8, 2007**.

    **IT IS SO ORDERED.**

    Signed this 31st day of July, 2007.

                                                /s/     David RHerndon
                                              **United States District Judge**