IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN K. McCUAN,

    Defendant.                                  Case No. 04-cr-40049-DRH

## ORDER

**HERNDON, District Judge:**

On September 6, 2007, a telephonic conference was held between the Court, counsel for Government and Defendant's appellate and trial counsel. Because of Defendant's mental health condition, his participation was not possible. The purpose of the teleconference was to discuss an August 8, 2007 sent to the Court by the Warden at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri ("FMC Spingfield"), requesting an extension of time to complete Defendant's mental health treatment. It was estimated that this treatment should be completed on or about November 20, 2007, and a written report would be submitted to the Court. There were no objections voiced to this request. Therefore, for good cause shown, the Court hereby **ORDERS**, in accordance with **18 U.S.C. § 4241(d)(2)(A)**, for defendant John K. McCuan to remain at the FMC Springfield in order to continue

receiving mental health treatment until **November 20, 2007**.  If treatment should be completed prior to this date or if further time is needed, FMC Springfield should notify the Court immediately by contacting Court Chambers at (618) 482-9077.

**IT IS SO ORDERED.**

Signed this 6th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**